CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 20 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JEFFREY W. MONEYMAKER,<br><br>         *Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>         *Defendant.* | CIVIL ACTION NO. 3:06-CV-00007<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

  This case is before the court on Plaintiff's November 27, 2006 Motion for Attorney's Fees, brought after prevailing in the underlying dispute. By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. Defendant filed a response on December 28, 2006, stating that it did not object to an award of attorney's fees. The Magistrate filed his Report and Recommendation on January 9, 2007 recommending that this Court enter an Order awarding fees. No objections were filed.

  After a review of the entire record in this case, this Court ADOPTS the Magistrate Judge's Report in full and ORDERS the payment of attorney's fees as stated in the Report.

  The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

           ENTER: _____
                U.S. District Court Judge

DATE: 2/20/07